UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| CARL KOCH, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| VS. ) | CIVIL ACTION NO. 1:18-cv-11449-TLL-PTM |
| ) | |
| SOARING EAGLE CASINO & RESORT., ) | Hon. Thomas L. Ludington |
| INTERNATIONAL SERIES OF ) | |
| CHAMPIONS, AMSOIL INC., ) | |
| & CHRYSLER GROUP, L.L.C., ) | |
| ) | |
| DEFENDANTS. ) | |
| _____ ) | |

**STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT
SOARING EAGLE CASINO ONLY**

The above parties stipulate that Plaintiff's claims as to Defendant Soaring Eagle Casino, a wholly owned governmental enterprise of the Saginaw Chippewa Indian Tribe of Michigan, are hereby dismissed with prejudice and without costs or attorneys' fees to any party.

This is not a final order and does not close the case.

Stipulated to by the undersigned parties:

Dated: September 18, 2018

| | |
|---|---|
| s/ William A. Szotkowski | Sean Reed (MI #P62026) |
| William A. Szotkowski (MN #0161937) | General Counsel for Soaring Eagle |
| Leah K. Jurss (MI #P80141) *Admission Pending* | Gaming & Intergovernmental Affairs |
| Hogen Adams PLLC | Saginaw Chippewa Indian Tribe |
| 1935 W. County Road B2, Suite 460 | 7070 East Broadway |
| St. Paul, Minnesota 55113 | Mt. Pleasant, Michigan 48858 |
| Ph: (651) 842-9100 | Ph: (989) 775-4032 |
| Email: bszotkowski@hogenadams.com | Fax: (989) 773-4614 |
| ljurss@hogenadams.com | E-mail: sreed@sagchip.org |

*Attorneys for Soaring Eagle Casino & Resort*

Dated: September 18, 2018

/s/ Connor B. Gallagher
Carla D Aikens (P69530)
Connor B. Gallagher (P82104)
CARLA D. AIKENS, P.C.
615 Griswold Ste. 709
Detroit, MI 48226
connor@aikenslawfirm.com

*Attorneys for Plaintiff Carl Koch*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| CARL KOCH, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| VS. ) | CIVIL ACTION NO. 1:18-cv-11449-TLL-PTM |
| ) | |
| SOARING EAGLE CASINO & RESORT., ) | Hon. Thomas L. Ludington |
| INTERNATIONAL SERIES OF ) | |
| CHAMPIONS, AMSOIL INC., ) | |
| & CHRYSLER GROUP, L.L.C., ) | |
| ) | |
| DEFENDANTS. ) | |
| _____) | |

## ORDER OF DISMISSAL AS TO DEFENDANT SOARING EAGLE CASINO ONLY

Based on the foregoing stipulation by the parties,

**IT IS ORDERED** that Plaintiff's claims as to Defendant Soaring Eagle Casino, a wholly owned governmental enterprise of the Saginaw Chippewa Indian Tribe of Michigan, are hereby dismissed with prejudice and without costs or attorneys' fees to any party.

This is not a final order and does not close the case.

Dated: September 24, 2018　　　　　　　　　　s/Thomas L. Ludington
　　　　　　　　　　　　　　　　　　　　　　　THOMAS L. LUDINGTON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on September 24, 2018.

　　　　　　　　　　　　　　s/Kelly Winslow
　　　　　　　　　　　　　　KELLY WINSLOW, Case Manager