UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CARL KOCH,

    Plaintiff,

vs.

INTERNATIONAL SERIES OF CHAMPIONS, AMSOIL INC., & CHRYSLER GROUP, L.L.C.,

    Defendants.

Case No: 1:18-cv-11449-TLL-PTM
Hon. Thomas L. Ludington
Magistrate Patricia T. Morris

_____

### STIPULATED ORDER AMENDING CASE MANAGEMENT AND SCHEDULING ORDER TO ADJOURN DISPOSITIVE MOTION CUT-OFF BY ONE WEEK

WHEREAS, this Court issued its Case Management and Scheduling Order on October 17, 2018, with the following relevant dates:

Dispositive Motions Filed By:                May 16, 2019

WHEREAS, the Parties have diligently been involved in settlement discussions and the parties appear to be close to a resolution of this matter.

WHEREAS, counsel for Plaintiff has not yet been able to confirm the settlement details with Plaintiff.

1

WHEREAS, counsel for Defendants would prefer not to file their motion for summary judgment while settlement appears to be imminent, as settlement would evaporate the need to file said motion, and such a motion could likely impede or stall the current settlement discussions.

WHEREAS, the parties agree that attempts to confirm a settlement should be explored, and therefore agree to and stipulate to adjourn the Dispositive Motion Cut-Off by one week to May 23, 2019.

WHEREFORE, this Court after having reviewed the stipulation and agreement of the Parties and otherwise being advised in the premises,

**IT IS HEREBY ORDERED** that this Court's Case Management and Scheduling Order issued October 17, 2018 shall be amended as follows:

Dispositive Motions Filed By: **May 23, 2019**

All other dates in the Case Management and Scheduling Order shall remain intact.

Dated: May 17, 2019    s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge

Stipulated and agreed to by:

| | |
|---|---|
| CARLA D. AIKENS P.C. | COLLINS EINHORN FARRELL PC |
| Dated: May 15, 2019 | Dated: May 15, 2019 |
| */s/ Carla D. Aikens  (w/ consent)* | */s/ Joshua I. Arnkoff* |
| Connor B. Gallagher (P69530) | Joshua I. Arnkoff (P63139) |
| *Attorneys for Plaintiff* | *Attorneys for Defendanst* |
| 614 Griswold St., Ste. 709 | 4000 Town Center, 9th Floor |
| Detroit, MI 48226 | Southfield, MI 48075 |
| Tel: (844) 835-2993 | Tel: (248) 355-4141 |
| Fax: (877) 454-1680 | Joshua.Arnkoff@Ceflawyers.com |
| connor@aikenslawfirm.com | |