UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CARL KOCH,

    Plaintiff,

vs.

~~SOARING EAGLE CASINO & RESORT~~, INTERNATIONAL SERIES OF CHAMPIONS, AMSOIL INC., & CHRYSLER GROUP, L.L.C.,

    Defendants.

Case No: 1:18-cv-11449-TLL-PTM
Hon. Thomas L. Ludington
Magistrate Patricia T. Morris

## STIPULATED DISMISSAL WITH PREJUDICE AS TO PLAINTIFF'S CLAIMS AGAINST DEFENDANTS INTERNATIONAL SERIES OF CHAMPIONS, AMSOIL, INC. AND CHRYSLER GROUP, L.L.C.

Plaintiff and Defendants International Series of Champions, Amsoil, Inc. and Chrysler Group, L.L.C., by and through their respective attorneys, hereby stipulate to the dismissal of Plaintiff's claims against Defendants International Series of Champions, Amsoil, Inc. and Chrysler Group, L.L.C., with prejudice and without costs or fees to either party.

/s/   *Carla D. Aikens*
CARLA D. AIKEN (P69530)
Attorney for Plaintiff

/s/   *Joshua I. Arnkoff*
JOSHUA I. ARNKOFF (P63139)
Attorney for Defendants

Dated: June 11, 2019

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

CARL KOCH,

    Plaintiff,

vs.

INTERNATIONAL SERIES OF CHAMPIONS, AMSOIL INC., & CHRYSLER GROUP, L.L.C.,

    Defendants.

Case No: 1:18-cv-11449-TLL-PTM
Hon. Thomas L. Ludington
Magistrate Patricia T. Morris

## ORDER FOR DISMISSAL WITH PREJUDICE AS TO PLAINTIFF'S CLAIMS AGAINST DEFENDANTS INTERNATIONAL SERIES OF CHAMPIONS, AMSOIL, INC. AND CHRYSLER GROUP, L.L.C.

This matter having come before the Court by Stipulation of the parties;

IT IS HEREBY ORDERED AND ADJUDGED that this matter is hereby dismissed with prejudice and without costs or fees to the parties as to Plaintiff's Claims against Defendants International Association of Champions, Amsoil, Inc. and Chrysler Group, L.L.C.

IT IS FURTHER ORDERED that this order closes the case.

Dated: June 17, 2019

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge